

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2024 OCT 10 P 12:50

CAROL L. MICHEL

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**FELONY**

### INDICTMENT FOR VIOLATIONS OF THE FEDERAL GUN CONTROL ACT AND THE FEDERAL CONTROLLED SUBSTANCES ACT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. **24-230** |
| v. | * | SECTION: **SECT. T MAG. 3** |
| BRANDON ALEXANDER | * | VIOLATIONS: 18 U.S.C. § 922(g)(1) |
| | | 18 U.S.C. § 922(n) |
| | * | 18 U.S.C. § 924(a)(1)(D) |
| | | 18 U.S.C. § 924(a)(8) |
| | * | 18 U.S.C. § 924(c)(1)(A)(i) |
| | | 21 U.S.C. § 841(a)(1) |
| | * | 21 U.S.C. § 841(b)(1)(C) |
| | | 21 U.S.C. § 841(b)(1)(E) |
| | * | |

\* \* \*

The Grand Jury charges that:

### COUNT 1
**(Possession with the Intent to Distribute Controlled Substances)**

On or about August 10, 2024, in the Eastern District of Louisiana, the defendant, **BRANDON ALEXANDER**, did knowingly and intentionally possess with the intent to distribute a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and a quantity of a mixture and substance containing a detectable amount of buprenorphine (Suboxone), a Schedule III controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 841(b)(1)(E).

✓ Fee _USA_
___ Process_____
X Dktd_____
___ CtRmDep_____
___ Doc. No._____

## COUNT 2
### (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about August 10, 2024, in the Eastern District of Louisiana, the defendant, **BRANDON ALEXANDER**, did knowingly possess a firearm, to wit: a Glock Model 20, 10 mm caliber semi-automatic pistol, bearing serial number BHZW895, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with the intent to distribute controlled substances, as charged in Count 1 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 3
### (Felon in Possession of Firearm)

On or about August 30, 2024, in the Eastern District of Louisiana, the defendant, **BRANDON ALEXANDER**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a conviction on October 19, 2017, in the 24th Judicial District Court, State of Louisiana, Case No. 15-1546, for possession or distribution of a legend drug without prescription in violation of La. R.S. 40:1238.1, did knowingly possess a firearm, to wit: a Glock Model 20, 10 mm semi-automatic pistol, bearing serial number BHZW895, said firearm having been in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 4
### (Receipt of a Firearm While Under Felony Information)

On or about August 30, 2024 in the Eastern District of Louisiana, the defendant, **BRANDON ALEXANDER**, who was then charged by an information for a crime punishable by imprisonment for a term exceeding one year, to wit: aggravated assault with a firearm in violation of La. R.S. 14:37.4, in the 22nd Judicial District Court, State of Louisiana, Case No. 596294, did willfully receive a firearm, to wit: a Glock Model 20, 10 mm semi-automatic pistol, bearing serial

number BHZW895, said firearm having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(n) and 924(a)(1)(D).

## NOTICE OF FORFEITURE

1. The allegations of Counts 1 through 4 of this Indictment are incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offense alleged in Count 1, the defendant, **BRANDON ALEXANDER**, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property, constituting or derived from, any proceeds obtained, directly or indirectly, as the result of said offense, and any property, used or intended to be used, in any manner or part to commit or to facilitate the commission of said offense.

3. As a result of the offenses alleged in Counts 2, 3, and 4, the defendant, **BRANDON ALEXANDER**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm, or ammunition involved in or used in the commission of said offenses, including but not limited to the following:

> Glock Model 20, 10 mm semi-automatic pistol, bearing serial number BHZW895.

4. If any of the above-described property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendant up to the value of said property.

DUANE A. EVANS
UNITED STATES ATTORNEY

*[signature]*
DAVID M. BERMAN
Assistant United States Attorney

New Orleans, Louisiana
October 10, 2024

FORM OBD-34

No.

# UNITED STATES DISTRICT COURT

Eastern *District of* Louisiana

Criminal *Division*

## THE UNITED STATES OF AMERICA

v.

## BRANDON ALEXANDER

# INDICTMENT

### FOR VIOLATIONS OF THE FEDERAL GUN CONTROL ACT AND THE FEDERAL CONTROLLED SUBSTANCES ACT

| VIOLATIONS: | 18 U.S.C. § 922(g)(1) | 21 U.S.C. § 841(a)(1) |
| | 18 U.S.C. § 922(n) | 21 U.S.C. § 841(b)(1)(C) |
| | 18 U.S.C. § 924(a)(1)(D) | 21 U.S.C. § 841(b)(1)(E) |
| | 18 U.S.C. § 924(a)(8) | |
| | 18 U.S.C. § 924(c)(1)(A)(i) | |

*Filed in open court this* _____ *day of* ___
_____ *A.D. 2024.*

Clerk

*Bail, $* _____

DAVID BERMAN
**Assistant United States Attorney**